# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-3164

_____

Sarai Hannah Ajai

*Plaintiff - Appellant*

v.

North Dakota Department of Transportation; United States Postal Service, Office
of the Inspector General

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Eastern

_____

Submitted: April 7, 2025
Filed: April 10, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Sarah Ajai appeals the district court's[1] dismissal of her pro se complaint for lack of jurisdiction. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful review, this court finds no basis for reversal. *See Chase v. Andeavor Logistics, L.P.*, 12 F.4th 864, 868 (8th Cir. 2021) (standard of review for dismissal under Fed. R. Civ. P. 12); *Dodco, Inc., v. Am. Bonding Co.*, 7 F.3d 1387, 1388 (8th Cir. 1993) (per curiam) (court lacks jurisdiction over improperly served defendant); *Dolan v. U.S. Postal Serv.*, 546 U.S. 481, 484–85 (2006) (unless otherwise waived, United States Postal Service has federal sovereign immunity, including against allegations of lost or miscarried mail); *see also Nitro Distrib., Inc. v. Alticor, Inc.*, 565 F.3d 417, 428 (8th Cir. 2009) (review of denial of extension of time to amend pleading reviewed for abuse of discretion).

The judgment is affirmed and Ajai's pending motions are denied as moot. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).